UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL GIRON RODAS,<br><br>         Petitioner,<br><br>v.<br><br>TODD LYONS, Acting Director, Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement Removal Operations; CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center,<br><br>         Respondents. | Case No.: 25cv1912-LL-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PETITION WITHOUT PREJUDICE**<br><br>**[ECF No. 13]** |

  For good cause shown, the Court **GRANTS** the parties' joint motion to dismiss the petition without prejudice. ECF No. 13. The Clerk shall close this case.

  **IT IS SO ORDERED.**

Dated: September 2, 2025

                    Honorable Linda Lopez
                    United States District Judge